perd, for appellant. W. L. Cahn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SCHIPPELL, Appellant, v. CENTRAL CROSS-TOWN R. Co., Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by August Schippell against the Central Cross-Town Railroad Company. T. Darlington, for appellant. E. D. O'Brien, for respondent. No opinion. Judgment affirmed, with costs.

SCHRODT, Appellant, v. GLAVIN et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Action by Frederick M. Schrodt against John Glavin and James E. Glavin. No opinion. Motion denied.

SCHUYLER, Respondent, v. BOOTH et al.; Appellants. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Sydney S. Schuyler against Alfred W. Booth and another. L. V. Booraem, for appellants. W. B. Crisp, for respondent. No opinion. Judgment (74 N. Y. Supp. 733) affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs in this court and in the court below.

SEAMAN, Appellant, v. CLARKE et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Action by Albert W. Seaman, as trustee, etc., against Gilmore Clarke and another, as executors, etc. No opinion. Motion denied.

In re SHACKLEFORD. (Supreme Court, Appellate Division, Second Department. November 28, 1902.) In the matter of the application of Thomas W. Shackleford for admission to practice as an attorney and counselor at law. No opinion. Application granted.

SHANNON, Plaintiff, v. STEGER, Defendant. (Supreme Court, Appellate Division, Second Department. November 21, 1902.) In the matter of supplementary proceedings entitled "Elizabeth Shannon against Robert W. Steger." No opinion. Motion for reargument denied. See 78 N. Y. Supp. 163.

SHAPIRO, Appellant, v. BIRNBAUM, Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Fishel Shapiro, as administratrix, against Bernard Birnbaum. J. M. Birnbaum, for appellant. C. S. Petrasch, for respondent. No opinion. Judgment affirmed, with costs.

SHEEDY, Appellant, v. KOHL, Respondent. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Action by Patrick F. Sheedy against E. Frederick Kohl. W. R. Osborn, for appellant. E. J. Nathan, for respondent. No opinion. Judgment affirmed, with costs.

SHEPARD, Respondent, v. SWIFT, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 16, 1902.) Action by George W. Shepard against James Swift. No opinion. Judgment affirmed, with costs.

SHERMANN, Respondent, v. WEIR, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1902.) Action by Mary D. Shermann against Levi C. Weir, as president of the Adams Express Company. No opinion. Judgment affirmed, with costs.
GOODRICH, P. J., dissenting.

SHIPMAN v. BELL. (Supreme Court, Appellate Division, First Department. December 12, 1902.) Action by William Shipman against William H. Bell. No opinion. Motion denied.

SIEGEL, Appellant, v. TREBILCOCK, Respondent. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Action by William Siegel against Whyman Trebilcock. No opinion. Order of the municipal court affirmed, with costs.

SIEGMAN, Respondent, v. NEW YORK TIMES CO., Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Jacob Siegman against the New York Times Company. A. A. Cook, for appellant. A. E. Kaulfuss, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re SLOCUM. (Supreme court, Appellate Division, Fourth Department. November 25, 1902.) In the matter of the disbarment of Robert H. Slocum, an attorney. No opinion. Referee's report confirmed, and respondent removed and disbarred from practice.

In re SLY. (Supreme Court, Appellate Division, Fourth Department. December 16, 1902.) In the matter of the petition of William P. Sly for the appointment of commissioners to determine upon the necessity for altering a highway in the town of Woodhull, etc. No opinion. Order affirmed, with costs.
ADAMS, P. J., not voting.

SMITH, Appellant, v. BANK OF GOUVERNEUR, Respondent. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Action by Levi N. Smith, as receiver, etc., against the Bank of Gouverneur. No opinion. Judgment unanimously affirmed, with costs.

SMITH v. BRYAN. (Supreme Court, Appellate Division, First Department. December 12, 1902.) Action by Merritt H. Smith against William A. Bryan. No opinion. Motion granted, with $10 costs.

SMITH et al., Respondents, v. CONVERSE et al., Appellants. (Supreme Court, Appellate Division, First Department. December 12, 1902.) Action by J. Condit Smith and another against Charles C. Converse and Rosalie Abreu. H. Parsons, for appellants. R. H. Patton, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.